THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Roy Roger Cook, Appellant.
 
 
 

Appeal From Florence County
Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2007-UP-406
Submitted October 1, 2007  Filed October
 4, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Edgar Lewis Clements,
 III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Appellant, Roy Roger Cook, was indicted for and
 convicted of second degree burglary.  The trial court sentenced Cook to three
 years imprisonment.  Cooks
 counsel attached to the brief a petition to be relieved as counsel, stating
 that she had reviewed the record and concluded this appeal lacks merit.  Cook
 did not file a separate pro se brief.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.